UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-1027 AG (JEMx) | Date | July 13, 2015 |
|---|---|---|---|
| Title | INTERNATIONAL INFORMATION SYSTEMS v. ESI ERGONOMIC SOLUTIONS, LLC | | |

Present: The Honorable   ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:**       **[IN CHAMBERS] ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

Plaintiff International Information Systems ("Plaintiff") filed a complaint in state court seeking to allege claims for breach of contract, misappropriation of trade secrets, and unjust enrichment concerning an agreement between Plaintiff and ESI Ergonomic Solutions, LLC ("Defendant"). ("Complaint," Dkt. No. 1-1, at 1.)

Courts have diversity jurisdiction over cases where there is complete diversity of parties and the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332. A defendant may remove an action to federal court on the basis of diversity jurisdiction "provided that no defendant 'is a citizen of the State in which such action is brought.'" *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996) (quoting 28 U.S.C. § 1441(b)). If a defendant is a limited liability company ("LLC"), it "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Defendant is an LLC but fails to provide the citizenship of its members.

Defendant asserts that it is a citizen of Arizona because its two members are "residents" of the state. (Notice of Removal, Dkt. No. 4, at 4.) But a "natural person's state citizenship is . . . determined by her state of domicile, not her state of residence." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). Defendant must establish the citizenship of its members before the Court can determine whether diversity jurisdiction exists.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-1027 AG (JEMx) | Date | July 13, 2015 |
|---|---|---|---|
| Title | INTERNATIONAL INFORMATION SYSTEMS v. ESI ERGONOMIC SOLUTIONS, LLC | | |

Accordingly, the Court ORDERS Defendant to show cause in writing within 14 days of this Order explaining why this action should not be remanded. Defendant's filing should show that complete diversity exists. Plaintiff may submit a response within seven days of Defendant's filing. Alternatively, Defendant may stipulate to remand.

                                                           : 0

Initials of Preparer

lmb